## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Country Inns & Suites by Carlson, Inc.,

        Plaintiff,

v.

Donaldson Hotels, Inc.,

        Defendant.

Civ. No. 10-2037 (RHK/FLN)

**ORDER**

---

This matter is before the Court upon the Reports and Recommendations of United States Magistrate Judge Franklin L. Noel, dated January 24, 2012, and February 10, 2012 (Doc. Nos. 46, 50).  Having carefully considered the Reports and Recommendations, to which no objections have been filed, and based on all the files, records, and proceedings herein, **IT IS ORDERED**:

    1.    The Reports and Recommendations (Doc. Nos. 46, 50) are **ADOPTED**;

    2.    Plaintiff's Motion for Sanctions and/or Default Judgment (Doc. No. 37) is **GRANTED**;

    3.    Plaintiff is entitled to the entry of a money judgment against Defendant Donaldson Hotels, Inc., in the amount of $399,136.42, comprising compensatory damages of $393,525.69 and attorneys' fees and costs of $5,610.73; and

4.	Defendant's Counterclaim (Doc. No. 13) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 17, 2012	s/Richard H. Kyle
	RICHARD H. KYLE
	United States District Judge